1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11                                                          CRB

12

13  In the Matter of the Arbitration between    C 07 5266
14                                              No.
    AMERICAN PRESIDENT LINES, LTD., a
15  corporation, and APL CO. Pte., LTD., a      CERTIFICATION OF INTERESTED
    corporation,                                ENTITIES OR PERSONS
16
                Petitioners,                    [Local Rule 3-16]
17
         v.
18
19  TERRY WORLD TEXTILES, LLC, a limited
    liability company,
20
                Respondent.
21

22

23  / / /

24

25  / / /

26

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    (a)    Neptune Orient Lines (NOL) – parent corporation

    (b)    American President Lines, Ltd. (APL) – plaintiff (NOL subsidiary)

    (c)    APL Co. Pte., Ltd. – plaintiff (affiliated corporation)

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: October 16, 2007

        */s/ Mark K. de Langis*
        Mark K. de Langis
        Attorney of Record for
        American President Lines, Ltd. and
        APL Co. Pte., Ltd.