AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO. Pte., LTD., a corporation,

    Petitioners,

V.

TERRY WORLD TEXTILES, LLC, a limited liability company,

    Respondent.

TO:

Terry World Textiles, LLC
A Georgia limited liability company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 5266 CRB

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Mark K. de Langis (SBN 190083)
Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA 94903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

OCT 1 6 2007

DATE

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE  November 15, 2007

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER *(PRINT)*    TITLE
Mark K. de Langis    Attorney-at-law

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served pursuant to FRCP 4(e)(1) and FRCP (4)(h)(1) authorizing service under California Code of Civil Procedure section 415.40 by Registered Mail, Return Receipt Requested (signed Return Receipt attached hereto).

## STATEMENT OF SERVICE FEES

TRAVEL    SERVICES    TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    November 29, 2007    [signature: Mark dL]
                Date    Signature of Server

2110 Elderberry Lane
San Rafael, CA 94903

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SOHAIL RANGOONWALA
   PRESIDENT
   TERRY WORLD TEXTILES LLC
   3113 CANTER WAY
   DULUTH, GA 30097-3400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] 
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   AMREEN. R    11/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RB 440 271 648 W

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA 94903