1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13 | In the Matter of the Arbitration between | No. C 07-5266 CRB

14 | AMERICAN PRESIDENT LINES, LTD., a
15 | corporation, and APL CO. Pte., LTD., a | NOTICE OF VOLUNTARY
   | corporation, | DISMISSAL
16 |
   |         Petitioners, | [F.R.C.P. 41(a)(1)]
17 |
   |    v.
18 |
19 | TERRY WORLD TEXTILES, LLC, a limited
   | liability company,
20 |
   |         Respondent.
21

22

23  ///

24

25  ///

26

REQUEST FOR DISMISSAL

1

2   NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure, Rule

3   41(a)(1), plaintiffs/petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. voluntarily

4   dismiss the above-captioned action without prejudice.

5

6   DATED:  January 7, 2008

7                                         LUCAS VALLEY LAW

8

9
              By: s/
10                 Mark K. de Langis
                Attorneys for Petitioners
11         AMERICAN PRESIDENT LINES, LTD. and APL
                    CO. Pte., Ltd.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>PROOF OF SERVICE</u>

1
2
3    I am a citizen of the United States, over 18 years of age, not a party to this action
4    and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael,
5    California 94903.
6    Today I served the attached:
7    NOTICE OF VOLUNTARY DISMISSAL
8
9    by causing a true and correct copy of the above to be placed in the United States Mail at San Rafael, California in a sealed envelope(s) with postage prepaid, addressed as follows:
10
11    Sohail Rangoonwala
      President
12    Terry World Textiles, LLC
      2970 Shawnee Ridge Court, #300
13    Suwanee, GA  30024
14
15
16    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 7, 2008.
17
18
19                                                s/      Mark K. de Langis
20
21
22
23
24
25
26

3
REQUEST FOR DISMISSAL